# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| CHRISTINE PETREY, individually and as the representative of a class of similarly-situated persons,<br>v.<br>ELITE RACING, INC., and DOES 1-10 | FILED: JUNE 05,2008<br>08CV3259<br>JUDGE ASPEN<br>MAGISTRATE JUDGE ASHMAN<br>⊞ DAJ |

## AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant ELITE RACING, INC.

| |
|---|
| NAME (Type or print)<br>Amanda Wendorff |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Amanda Wendorff |
| FIRM<br>Kirkland & Ellis LLP |
| STREET ADDRESS<br>200 East Randolph Drive |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6291040 | TELEPHONE NUMBER<br>312-861-2000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |