IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE PETREY, individually and as the representative of a class of similarly-situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>ELITE RACING, INC., and DOES 1-10,<br><br>    Defendants. | Case No. _____<br><br>FILED: JUNE 05, 2008<br>08CV3259<br>JUDGE ASPEN<br>MAGISTRATE JUDGE ASHMAN<br><br>DAJ |

**DEFENDANT ELITE RACING, INC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.1, Defendant Elite Racing, Inc. makes the following corporate disclosures:

(i)    Elite Racing, Inc. is a wholly-owned subsidiary of Competitor Group, Inc.

(ii)    Competitor Group, Inc. is a wholly-owned subsidiary of Competitor Group Holdings, Inc.

Dated: June 5, 2008                                 Respectfully submitted,

<div style="margin-left: 40%;">

s/ Amanda Wendorff
Amanda Wendorff
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200
Email: awendorff@kirkland.com

Eric Leon, *Of Counsel*
Vickie Reznik, *Of Counsel*
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
Email: eleon@kirkland.com
Email: vreznik@kirkland.com

*Attorneys for Defendant Elite Racing, Inc.*

</div>