IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE PETREY, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ELITE RACING, INC., and DOES 1-10,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br><br>FILED: JUNE 05, 2008<br>08CV3259<br>JUDGE ASPEN<br>MAGISTRATE JUDGE ASHMAN<br><br>DAJ |

### **DEFENDANT ELITE RACING, INC'S NOTICE OF AFFILIATES**

Pursuant to Local Rule 3.2(a), Defendant Elite Racing, Inc. states that it has no publicly held affiliates.

Dated: June 5, 2008

Respectfully submitted,

s/ Amanda Wendorff
Amanda Wendorff
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200
Email: awendorff@kirkland.com

Eric Leon, *Of Counsel*
Vickie Reznik, *Of Counsel*
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
Email: eleon@kirkland.com
Email: vreznik@kirkland.com

*Attorneys for Defendant Elite Racing, Inc.*