IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE PETREY, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) ) | No. 08 CV 3259 <br> Judge Aspen |
| v. | ) ) | |
| ELITE RACING, INC., and DOES 1 – 10 | ) ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, CHRISTINE PETREY, hereby files a voluntary dismissal without prejudice of the Class Action Complaint against Defendants, ELITE RACING, INC. and DOES 1-10, as allowed under Federal Rules of Civil Procedure 41(a)(1).

                                                Respectfully submitted,

                                                CHRISTINE PETREY, individually and as the representative of a class of similarly-situated persons

                                      By:    s/Brian J. Wanca
                                                   One of Plaintiff's Attorneys

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| ANDERSON + WANCA | BOCK & HATCH, LLC |
| 3701 Algonquin Road, Suite 760 | 134 N. LaSalle Street, Suite 1000 |
| Rolling Meadows, IL 60008 | Chicago, IL 60602 |
| Telephone: 847/368-1500 | Telephone: 312/658-5500 |

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 11, 2008, I electronically filed this Notice of Voluntary Dismissal without Prejudice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                     s/Brian J. Wanca
                                       Brian J. Wanca
                                       Attorney for Plaintiff

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| ANDERSON + WANCA | BOCK & HATCH, LLC |
| 3701 Algonquin Road, Suite 760 | 134 N. LaSalle Street, Suite 1000 |
| Rolling Meadows, IL 60008 | Chicago, IL 60602 |
| Telephone: 847/368-1500 | Telephone: 312/658-5500 |